1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CABN 154284)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6816
7        FAX: (415) 436-7234
         Email:  stephanie.hinds@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )  CASE NO:  CV13-5139 SBA
14                                     )
              Plaintiff,               )  STIPULATED SETTLEMENT AGREEMENT AND
15                                     )  ORDER
       v.                              )
16                                     )
   APPROXIMATELY $156,960 IN UNITED    )
17 STATES CURRENCY, ET AL.,            )
                                       )
18            Defendants.              )
                                       )
19 _____)

20
           Plaintiff, United States of America and Claimant, Scot Raymond Combs, in full settlement of all
21
   issues directly and indirectly related to the captioned case and the seizure, detention and forfeiture of the
22
   following property:
23
24     a.     $156,960 in United States Currency

25     b.     $16,862.15 in funds seized from US Bank, Acct No xxxxxxxx2648

26     c.     $8,698.51 in funds seized from Chase Bank Acct No xxxxx7180

27     d.     $7,993.05 in funds seized from Bank of America Acct No xxxxxxx2981
28

  e. $4,957.43 in funds seized from Union Bank Acct No xxxxxx6307 (collectively hereinafter as "defendant funds")

  f. Real Property and Improvements located at 170 Tioga Lane, Greenbrae (Kentfield), California (hereinafter as "defendant real property")

hereby stipulate and agree as follows:

  1. On November 4, 2013, Plaintiff filed its Complaint for Forfeiture against the defendant funds and defendant real property. In its Complaint, plaintiff alleged that the defendant funds was subject to forfeiture, pursuant to 21 U.S.C. § 881(a)(6), as monies which constitute proceeds from drug trafficking and/or funds furnished to person in order to facilitate the distribution and/or cultivation of a controlled substance and the defendant real property was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7), as property used to facilitate the cultivation of marijuana.

  2. Scot Raymond Combs is the sole claimant to the defendant funds and defendant real property.

  3. This settlement is a civil compromise between the parties and not an admission of liability by either party.

  4. For the purpose of this settlement only, Plaintiff agrees to dismiss the action against the defendant real property and agrees to release the lis pendens filed with the Marin County Recorder's Office. The dismissal and release of the lis pendens shall be in full settlement and satisfaction of any and all claims by Claimant, his heirs, representatives and assignees to the defendant real property in regards to this action.

  5. For the purpose of this settlement only, Claimant does not dispute Plaintiff's representation here that sufficient evidence exists to establish forfeiture of the defendant funds, pursuant to 21 U.S.C. § 881(a)(6), and thus consents to the forfeiture of the defendant funds to the United States without further notice to him. Claimant further relinquishes all right, title and interest in the defendant

CV 13-5139 SBA
STIPULATED SETTLEMENT AGREEMENT  2

funds, and agrees that said property shall be forfeited to the United States and disposed of according to law by the United States.

6. For the purpose of this settlement only, Claimant shall hold harmless the United States of America, The United States Drug Enforcement Administration and all agents, officers and employees thereof including any and all state and local law enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and forfeiture of the defendant funds and defendant real property.

7. Each party shall pay its own attorneys' fees and costs.

8. Subject to the Court's approval, the parties agree that this action shall be dismissed and that the proposed Judgment of Forfeiture which is submitted with this Settlement Agreement be entered.

IT IS SO STIPULATED:

Dated:                                    MELINDA HAAG
                                          United States Attorney

                                          _____
                                          STEPHANIE M. HINDS
                                          Assistant United States Attorney

Dated:
                                          _____
                                          DAVID MICHAEL, ESQ
                                          Attorney for Scot Raymond Combs

Dated:

                                          _____
                                          SCOT RAYMOND COMBS
                                          Claimant

BASED ON THE FOREGOING STIPULATION, IT SO ORDRED ON THIS 21st DAY OF January, 2013.

                                          _____
                                          SAUNDRA B. ARMSTRONG
                                          United States District Judge

CV 13-5139 SBA
STIPULATED SETTLEMENT AGREEMENT            3