MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

STEPHANIE M. HINDS (CABN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    E-Mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 13-5139 SBA |
| Plaintiff, | JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $156,960 IN UNITED STATES CURRENCY, ET AL, | |
| Defendants. | |
| SCOT RAYMOND COMBS, | |
| Claimant. | |

UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this 21st day of January, 2014,

ORDERED, ADJUDGED AND DECREED that the following defendant funds:

- $156,960 in United States Currency
- $16,862.15 in funds seized from US Bank, Acct No xxxxxxxx2648
- $8,698.51 in funds seized from Chase Bank Acct No xxxxx7180
- $7,993.05 in funds seized from Bank of America Acct No xxxxxxxx2981

CV 13-5139 SBA
JUDGMENT OF FORFEITURE                        1

1
- $4,957.43 in funds seized from Union Bank Acct No xxxxxx6307

be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with the law; and it is FURTHER ORDERED that the instant case be, and hereby is, DISMISSED.

*[signature]*
SAUNDRA B. ARMSTRONG
United States District Judge